IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LI, | ) | 1:07-cv-1039 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| v. | ) | DECEMBER 8, 2008, |
| | ) | HEARING DATE AND |
| MICHAEL SHELTZER, et al., | ) | TAKING MATTER UNDER |
| | ) | SUBMISSION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Defendant Michael Sheltzer's motion for summary judgment is pending in this action and is set for hearing on Monday, December 8, 2008. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 8, 2008, is VACATED, and the parties shall not appear at that time. As of December 8, 2008, the Court will take Defendant's motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: December 2, 2008     /s/ Anthony W. Ishii
                CHIEF UNITED STATES DISTRICT JUDGE