KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
KATHLEEN A. TAYLOR, # 131100
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 733-6263
Fax: (559) 737-4319
E-mail: ktaylor@co.tulare.ca.us

Attorneys for Defendants County of Tulare
and Michael Sheltzer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL SHELTZER, et al.,<br><br>　　　　　Defendants. | Case Number:  1:07-CV-01039-AWI-GSA<br><br>STIPULATION OF THE  PARTIES TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL DATE; AND ORDER |

　　　　Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate as follows:

　　　　1.　　Pursuant to the Scheduling Conference Order filed November 20, 2007, the following dates are currently in effect:

　　　　　　　　(a)　　Pre-trial Conference: December 18, 2008

　　　　　　　　(b)　　Trial: February 3, 2009

　　　　2.　　As the parties desire additional time due to the continuance of the settlement conference to January 8, 2009, the parties respectfully request that pre-trial conference and trial dates be extended as follows:

  (a) Pre-trial Conference: January 22, 2009

  (b) Trial Date: March 17, 2009

Dated: December 10, 2008      JAMES LI

         /s/ James Li (as authorized on 12/10/08)

         James Li
         Plaintiff

Dated:   December 10, 2008     KATHLEEN BALES-LANGE
         Tulare County Counsel

         /s/ Kathleen A. Taylor

         Kathleen A. Taylor
         Deputy County Counsel
         Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED.

**Dated:   December 16, 2008**     **/s/ Anthony W. Ishii**
         CHIEF UNITED STATES DISTRICT JUDGE