1  KATHLEEN BALES-LANGE, #094765
   County Counsel for the County of Tulare
2  KATHLEEN A. TAYLOR, # 131100
   Deputy County Counsel
3  2900 West Burrel, County Civic Center
   Visalia, California 93291
4  Phone: (559) 733-6263
   Fax: (559) 737-4319
5  E-mail: ktaylor@co.tulare.ca.us

6  Attorneys for Defendants County of Tulare
   and Michael Sheltzer
7

8

9  **IN THE UNITED STATES DISTRICT COURT FOR THE**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

12  JAMES LI,                         )    NO. 1:07-CV-01039-AWI-GSA
                                      )
13                 Plaintiff,         )    STIPULATION OF THE PARTIES
                                      )    TO CONTINUE THE PRE-TRIAL
14         v.                         )    CONFERENCE; AND ORDER
                                      )
15  MICHAEL SHELTZER, et al,          )
                                      )
16                 Defendants.        )
    _____   )

17

18         Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiffs and Defendants

19  hereby stipulate as follows:

20         1.   Pursuant to the Stipulation of the Parties and Order filed December 16, 2008, the

21  following date is currently in effect:

22         (a)   Pre-trial Conference: January 22, 2009.

23         2.   The parties desire additional time due to the continuance of the settlement

24  conference to January 27, 2009, by the Minute Order of December 28, 2008, and the parties

25  respectfully request that the pre-trial conference be extended as follows:

26         (a)   Pre-trial Conference: February 5, 2009.

27  ///

28  ///

3. The trial date remains on March 17, 2009.

Dated: January 9, 2009          JAMES LI

                                              By: /s/ James Li (authorized on 1-9-09)
                                              James Li
                                              Plaintiff

Dated: January 8, 2009          KATHLEEN BALES-LANGE
                                              Tulare County Counsel

                                              /s/ Kathleen A. Taylor
                                              Kathleen A. Taylor
                                              Deputy County Counsel
                                              Attorneys for Defendants

### **ORDER**

IT IS SO ORDERED.

**Dated:   January 12, 2009**          **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE