IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LI, ASSOCIATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>MICHAEL SHELTZER and TULARE COUNTY,<br><br>             Defendants.<br>_____ / | CASE NO. CV-F-07-1039 LJO GSA<br><br>**ORDER TO SET MOTION HEARING** |

On March 3, 2009, Plaintiff James Li ("Plaintiff") filed an ex parte motion to continue the trial date, currently set to begin on March 16, 2009 (Doc. 99). In addition to the motion to continue the trial date, Plaintiff requests this motion to be heard in an expedited manner on Thursday, March 5, 2009. This Court grants Plaintiff's ex parte request to hear this motion on an expedited schedule and SETS a hearing on this matter for **Thursday, March 5, 2009 at 8:30 a.m. in Courtroom 4 (LJO)**. The parties may appear telephonically by arranging a one-line calling and dialing (559) 499-5680.

IT IS SO ORDERED.

**Dated:   March 4, 2009**               /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE

1