# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LI, ASSOCIATION,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL SHELTZER and TULARE COUNTY,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-07-1039 LJO GSA<br><br>**ORDER TO VACATE MOTION HEARING AND TERMINATE MOTION** |

On March 3, 2009, Plaintiff James Li ("Mr. Li") filed an ex parte motion to continue the trial date, currently set to begin on March 16, 2009 (Doc. 99). In addition to the motion to continue the trial date, Mr. Li requested this motion to be heard in an expedited manner. This Court granted Mr. Li's ex parte request to hear this motion on an expedited schedule and set a hearing on this matter for Thursday, March 5, 2009 at 8:30 a.m. in Courtroom 4 (LJO).

On March 4, 2009, Mr. Li filed a withdrawal of his motion to continue the hearing date (Doc. 100). Mr. Li "never intended to file a motion for continuance...The plaintiff filed the outdated ex parte motion...as an attempt to test if his office technology had the capacity to file a document electronically." Accordingly, this Court:

1. VACATES the March 5, 2009 hearing; and
2. DIRECTS the clerk of court to terminate Plaintiff's motion to continue the trial date (Doc. 99).

IT IS SO ORDERED.

**Dated:   March 4, 2009**             /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE