# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LI, <br><br> Plaintiff, <br> v. <br><br> MICHAEL SHELTZER, et al., <br><br> Defendants. | 1:07-cv-1039 LJO GSA <br><br> ORDER VACATING MARCH 16, 2009 TRIAL DATE AND MOVING TRIAL TO MARCH 18, 2009 |

Trial in this matter is currently set for March 16, 2009, at 8:30 a.m. in Courtroom 4. The Court has received word that a criminal matter that was also set for March 16, 2009, will be proceeding to trial. In light of the imminent trial in the criminal matter and the Speedy Trial Act attached thereto, it is necessary to move this civil trial date in this case by just two days.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 16, 2009, trial date is VACATED;
2. Trial in this case is RESET to March 18, 2009, at 8:30 a.m. in Courtroom 4; and
3. All other dates set in the pre-trial order will remain the same.

IT IS SO ORDERED.

Dated: March 9, 2009          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE