FILED

MAR 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JAMES LI | Case Number: 1:07-CV-01039 LJO GSA |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| MICHAEL SHELTZER, and TULARE COUNTY, | |
| Defendants. | |

1. Has the plaintiff proved by a preponderance of the evidence, that the plaintiff's race was the sole reason for the defendants' decision to not to hire plaintiff?

   _____    __X__
   Yes       No

   If the answer to Question No. 1 is "yes," proceed to Question No. 5 (skipping Questions 2 through 4). If the answer to Question No. 1 is "no," proceed to Question No. 2.

2. Has the plaintiff proved by a preponderance of the evidence, that the plaintiff's national origin was the sole reason for the defendants' decision to not to hire plaintiff?

   _____    __X__
   Yes       No

   If the answer to Question No. 2 is "yes," proceed to Question No. 5 (skipping Questions 3 and 4). If the answer to Question No. 2 is "no," proceed to Question No. 3.

3.  Has the plaintiff proved by a preponderance of the evidence that the plaintiff's race was a motivating factor for the defendants' decision not to hire plaintiff?

    _____   __✗__
    Yes           No

    Proceed to Question No. 4.

4.  Has the plaintiff proved by a preponderance of the evidence that the plaintiff's national origin was a motivating factor for the defendants' decision not to hire plaintiff?

    _____   __✗__
    Yes           No

    If your answer to both Questions No. 3 and 4 was "no," do not answer any more questions, but instead sign, date and return this verdict. If you answered "yes" to Question 3 or Question 4, or to both, proceed to Question No. 5.

5.  What was the date on which plaintiff was not hired due to his race and/or national origin.

    _____

    Sign, date, and return this verdict.

    _____          _3/19/09_
    PRESIDING JUROR                    DATE