# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAMES LI,**

        v.

CASE NO: **1:07–CV–01039–LJO–GSA**

**MICHAEL SHELTZER, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/19/2009**

          **Victoria C. Minor**
          Clerk of Court

ENTERED: **March 25, 2009**

          by: /s/ W. Kusamura
          Deputy Clerk